FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17  PM 12: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DALE WALTER GLANDERS                    CIVIL ACTION

VERSUS                                  NUMBER: 05-00842

TERREBONNE PARISH CRIMINAL              SECTION: "K"(5)
JUSTICE COMPLEX, ET AL.

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** for failure to prosecute pursuant to Local Rule 41.3.1E and Rule 41(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 13th day of April,

___ Fee____
___ Process____
X   Dktd____
___ CtRmDep____
___ Doc. No____

2006.

_____
UNITED STATES DISTRICT JUDGE